UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22468-BLOOM/Torres

MIGUEL BRICENO, *on his own behalf and on behalf of those similarly situated*,

    Plaintiff,

v.

SHOIS RESTAURANT II, CORP., *d/b/a* BAKU ASIAN FUSION BAR BY SHOIS, *a Florida for Profit Corporation*, *and* YRENE D. BRUNO DE ESCARAY, *individually*,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal with Prejudice, ECF No. [31] ("Stipulation"), filed on January 10, 2024. The Court has carefully reviewed the Stipulation, the record in this case, and is otherwise fully advised.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation, **ECF No. [31]**, is **APPROVED**;
2. The above-styled case is **DISMISSED WITH PREJUDICE**;
3. Each party shall bear its own attorneys' fees and costs;
4. To the extent not otherwise disposed of, all pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED**;
5. The Clerk of Court is directed to **CLOSE** this case.

Case No. 23-cv-22468-BLOOM/Torres

**DONE AND ORDERED** in Chambers at Miami, Florida, on January 10, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:    Counsel of Record